**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ELICIA FARRAR,** <br>        *Plaintiff,* <br><br> *v.* <br><br> **TEXAS BOARD OF LAW EXAMINERS, NAHDIAH HOANG, CIARA PARKS, DONDARIUS MATTHEWS,** <br>        *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **NO. 1:26-CV-336-ADA-DH** |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding the merits of Plaintiff's causes of action. Dkt. No. 19. The report recommends that Plaintiff's causes of action be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and that Plaintiff's remaining pending motions be denied as moot. *Id.* The Report and Recommendation was filed May 15, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on June 6, 2026, (Dkt. No. 23) arguing that the magistrate judge's recommendation should not be adopted because it failed to analyze Plaintiff's First Amended Complaint (Dkt. No. 22). The Court notes that the amended complaint was filed four months after Plaintiff's original complaint (Dkt. No. 1 – filed February 6, 2026) and without leave of court. However, the undersigned has still reviewed the Amended Complaint in reviewing Plaintiff's objections. The undersigned finds that the Amended Complaint asserts frivolous accusations relating to the most recent February bar exam administration and does not change the magistrate judge's analysis based on immunity from suit. Plaintiff's allegations in the Amended Complaint do not overcome TBLE's sovereign immunity. *See* Dkt. No. 19 at 5-6 (magistrate judge's analysis of TBLE's sovereign immunity). And, Plaintiff's allegations do not demonstrate that there is a threat of ongoing harm such that the *Ex parte Young* exception would apply against the Individual Defendants. *See id.* at 6-8 (magistrate judge's analysis of claims against Individual Defendants).

The Court has conducted a *de novo* review of the Amended Complaint, the Report and Recommendation, all objections and responses to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, Dkt. 19, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's cause of action is **DISMISSED WITH PREJUDICE.**

**IT IS FINALLY ORDERED** that Plaintiff's remaining pending motions (Dkt. Nos. 7, 8, 16, 18, 24, 27, 28, 29) are **DENIED AS MOOT.**

**SIGNED** on June 10 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE